NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND A. BERRY,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7067

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-366, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

Raymond A. Berry moves for a 30-day extension of time, until June 2, 2014, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                              BERRY v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27